Case 1:24-cv-07030-ALC   Document 19   Filed 01/23/25   Page 1 of 1

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/23/2025__

# MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.    ALAN WEINREB, ESQ.    CYNTHIA A. NIERER, ESQ.

January 21, 2025

Via ECF
The Honorable Judge Andrew L. Carter
United States District Court—S.D.N.Y.
40 Foley Square
New York, NY 10007

RE:  <u>Allison Lending LLC v. Disruptive Capiral Corp., et al., 24-cv-7030-PMH</u>

Dear Judge Carter:

We represent Plaintiff Allison Lending LLC ("Plaintiff") in the above-referenced commercial foreclosure action. We write in response to the Court's Order to Show Cause dated January 7, 2025 [Docket No. 17], regarding why this action should not be dismissed without prejudice for failure to prosecute.

Since the issuance of the Order to Show Cause, Plaintiff has entered into a forbearance agreement with Defendants, who have not appeared in this action. The forbearance agreement, effective as of January 12, 2025, requires Defendants to satisfy certain obligations by March 15, 2025. If Defendants successfully complete the terms of the agreement, Plaintiff intends to file a Notice of Dismissal by April 1, 2025. However, if Defendants default under the terms of the agreement prior to March 15, 2025, Plaintiff seeks to proceed with this action without delay, as permitted by the terms of the forbearance agreement.

In light of these developments, we respectfully request that the Court stay this action and allow Plaintiff to either file a Notice of Dismissal or submit a status report regarding the forbearance agreement by April 1, 2025. Alternatively, if a default occurs prior to March 15, 2025, Plaintiff would file its motion for default judgment promptly after such a default. This approach is consistent with the interests of judicial economy, as it avoids the need for unnecessary motion practice while preserving Plaintiff's rights should Defendants fail to comply with the agreement.

We appreciate the Court's consideration of this request and remain available to provide additional information or documentation regarding the forbearance agreement if necessary.

Respectfully Submitted,

By:  <u>/s/Alan H. Weinreb</u>
     Alan H. Weinreb, Esq.

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

New York, NY
January 23, 2025

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

575 UNDERHILL BLVD., STE 224    SYOSSET, NEW YORK 11791    T. (516) 921-3838    F. (516) 921-3824    WWW.NYFCLAW.COM